UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:22-mj-03262 Damian

UNITED STATES OF AMERICA

v.

OSVALDO GONZALEZ,
HUMBERTO VASQUEZ DIAZ, and
ANGEL GABRIEL PALANCO,
        Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *Michele Vigilance*
MICHELE S. VIGILANCE
Assistant United States Attorney
Court ID No.     A5502091
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-432-1406
Email: Michele.Vigilance@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>OSVALDO GONZALEZ,<br>HUMBERTO VASQUEZ DIAZ and<br>ANGEL GABRIEL PALANCO,<br><br>*Defendant(s)* | Case No. 1:22-mj-03262 Damian |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___July 8, 2022___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Lewis Hosch, DEA TFO
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__.

Date: 7/26/2022

*Judge's signature*

City and state: Miami, Florida

Honorable Melissa Damian, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **OSVALDO GONZALEZ, HUMBERTO VASQUEZ DIAZ, and ANGEL GABRIEL PALANCO** for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about July 8, 2022, the USS WICHITA detected a go-fast vessel ("GFV") operating approximately 130 nautical miles South of Isla Saona, DR. in international waters. The

GFV had three persons on board, two outboard motors, fuel barrels on deck, no visible indicia of nationality, all consistent with maritime drug smuggling. District 7 issued a Statement of No Objection (SNO) to the USS WICHITA with Law Enforcement Detachment Team 108 (LEDET) to conduct a Right of Visit (ROV) boarding to stop a non-compliant vessel, including warning shots and disabling fire on a profile GFV displaying no indicia of nationality and reasonably suspected of drug smuggling, located in international waters. USS WICHITA with embarked United States Coast Guard ("USCG") Law Enforcement Detachment ("LEDET") 108 diverted to investigate. The USS WICHITA launched their helicopter and rigid hull inflatable boat (RHIB) with boarding team (BT) embarked to interdict. USS WICHITA helicopter arrived on scene with the GFV and conducted warning shots and the vessel became compliant. The Boarding Team (BT) arrived on scene and gained positive control of the vessel. The Boarding Team questioned each of the persons on board individually and asked if they were the master, person in charge, or wanted to make a claim of nationality for the vessel. The crewmen identified themselves as **OSVALDO GONZALEZ, HUMBERTO VASQUEZ DIAZ, and ANGEL GABRIEL PALANCO**. However, in response to the questions regarding the identity of the vessel's master, the persons on board refused to provide any response. No one claimed to be the master or person in charge and no one made a claim of nationality for the vessel.

4. District 7 granted a (SNO) Statement of No Objection to treat the vessel as one without nationality and conduct a full Law Enforcement boarding. LEDET 108 Boarding Team boarded the vessel, and conducted IONSCAN of the vessel all resulting negative. During the at sea space accountability, the BT identified an unaccounted for space nailed shut. District 7 granted SNO for the Boarding Team to conduct a minimally intrusive search. Packages consistent with contraband were identified inside of the space. Boarding Team conducted 02 Narcotics

Identification Kit (NIK) tests on the packages that tested presumptively positive for cocaine.

5. The USS WICHITA reported an at-sea weight of 972 KGS of cocaine. District 7 issued an order to destroy the vessel as a danger to navigation, due to no suitable towing points and distance from land. The boarding team transferred all three individuals, along with the suspected cocaine, to the USS WICHITA.

6. Based on the foregoing facts, I submit that probable cause exists to believe that **OSVALDO GONZALEZ, HUMBERTO VASQUEZ DIAZ, and ANGEL GABRIEL PALANCO** conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

LEWIS HOSCH
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time this __26TH__ of July 2022.

HONORABLE MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE